OTTO SKOGLUND, JENNIE SKOGLUND, VIOLET SMITH and IDA SKOGLUND, Respondents, v. DUDLEY LAWRENCE CORPORATION and PEGGY POE, Appellants. (Appeal No. 1.) OTTO SKOGLUND, JENNIE SKOGLUND, VIOLET SMITH and IDA SKOGLUND, Respondents, v. DUDLEY LAWRENCE CORPORATION, Defendant, and PEGGY POE, Appellant. (Appeal No. 2.) — Appeals from two orders in the same action relating to examinations before trial. Both defendants appeal from an order directing their examination by plaintiffs, and defendant Poe appeals from an order denying her motion to examine plaintiffs, residents of Illinois, in this State. Orders affirmed,

without costs; examination of defendants to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.